IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID A. WILLIAMS                                                                            PLAINTIFF

VS.                                         CIVIL ACTION NO: 5:09CV00052(DCB)(JMR)

CITY OF NATCHEZ, MISSISSIPPI                                DEFENDANT

## **ORDER OF DISMISSAL**

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of Plaintiff's claims in the above-titled action against Defendant, the City of Natchez, Mississippi, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 5th day of November, 2009.

                                                      s/David Bramlette
                                                      UNITED STATES DISTRICT COURT JUDGE

/s/ Louise Harrell
LOUISE HARRELL

/s/ Saundra B. Strong
GARY E. FRIEDMAN
SAUNDRA B. STRONG